# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of July, two thousand and thirteen.

Before:     DENNIS JACOBS,
                      *Chief Judge,*
            ROSEMARY S. POOLER,
            DENNY CHIN,
                      *Circuit Judges.*

_____

Erik H. Gordon,

      Plaintiff-Appellant,

      v.

Softech International, Inc., Reid Rodriguez,
Arcanum Investigations, Inc., Dan Cohn,

      Defendants-Cross-Claimants-Cross-Defendants-Appellees,

Aron Leifer, AKA Jack Loren, Bodyguards.COM,

      Defendants-Cross-Defendants-Cross-Claimants.

_____

**JUDGMENT**

Docket No. 12-661

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED in part, VACATED in part and the case is REMANDED in accordance with the opinion of this court.

      For The Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court

